FILED - GR
November 18, 2014 11:56 AM
TRACEY CORDES, CLERK
U.S DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _aid /_____   SCANNED BY _AD_ 11-18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v. _Paris Wells_,

    Defendant.

Case No. 1:13-cr-045
Hon. Paul L. Maloney, Chief Judge
United States District Court

**Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)**
**(Guideline Amendment No. 782)**

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, which made a reduction in the base offense level for drug offenses retroactive as of November 1, 2014, and in support of my motion state as follows:

1. I am serving a term of imprisonment.
2. My sentence was based, at least in part, on a drug quantity. __N/A__ (Yes or No)
3. I was sentenced in the Western District of Michigan on __6/17/09__ (date) to a term of __36__ months in prison. My total offense level was __N/A__ and my criminal history category was __N/A__.
4. My projected release date is __8/20/09__. I understand that the Amendment does not authorize release of any defendant before November 1, 2015.
5. I hereby request a court-appointed attorney. __YES__ (Yes or No)
   If yes, please complete the attached Financial Affidavit.
   (Note: appointment of counsel is discretionary with the Court)

WITH THE EXCEPTION OF THE FINANCIAL AFFIDAVIT, PLEASE DO NOT SUBMIT OR ATTACH ANY OTHER MATERIALS AT THIS TIME OR YOUR MOTION WILL BE REJECTED AND RETURNED.

Signature of Petitioner: _Paris Wells_   Date: _11-12-14_

Print or Type Name: _Paris Wells_   Register #: _N_

Current Address: _8585 N. Croswell Rd, St. Louis, MI 48880_