FILED - KZ
December 30, 2021 11:20 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by EMS 12/30

1:13-cr-45-1
Paul L. Maloney
United States District Judge

12-23-21

Honorable Judge: Paul L. Maloney

Happy Holidays to you and your family. I received a letter/motion today dated 12/15/21 requesting my response within 21 days.

Yes, I was offered to take the vaccine shot and I declined because my friend (in here with me) Maico Solarte took the vaccine shot and immediately got sick, he was rush to the hospital a week later and died two weeks later.

I been scared of the vaccine shot since then. If we went to the hospital to take the vaccine I would take it. I just don't trust it, in here.

Judge Maloney, I do want the vaccine shot but, im scare to take it in here.

I don't go eat at the kitchen because, we be to close to each other. I make my own food. I only watch TV between 6am - 8am when everybody else is sleep because, I try my best to stay away from anybody which is impossible to do but, I still try my best. Covid is spreading fast in here.

I don't want to die in prison. I been here 9yrs. Three units/building are locked down because covid is in three unit. It's 120-150 prisoner's in each unit. Im hoping and praying

that my unit is not next to get covid but, the same police that work the units with covid, work our unit too because they short on staff.

im taking a couple different kinds of medications for my high blood pressure and chest pains. I'll be 54yrs Feb. 10th.

I have extraordinary and compelling reasons. I have support from my union 1191 stating I'll have a job upon my release.

My 12yr old son, really needs me, his mother have cancer, and between that and me being away, its starting to effect his grades and behavior. I don't want him leading into future trouble. I need to be there for him and the rest of my children.

I promise and give you my word, I'll work and be a positive, productive citizen in soceity.

I want to thank you for giving me the oppotunity to explain my reason for not ~~taking~~ taking the vaccine shot in here.

I do want it, and need it but, I want to take it out there.

if this is stoping me from coming home, I will take it in here, but, I rather wait to take it my first day home.

Paris Wells
#16958-040

Paris Wells 16958040
Yazoo City Low (FCI)
Federal Correctional Institution
P.O. Box 5000
Yazoo City MS 39194

Clerk U.S. District Court
410 W. Michigan Avenue
Kalamazoo, MI. 49007